```
BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>DAVID AVILA SANDOVAL,<br>ISRAEL DELTORO-LOZA,<br>and TOMAS SOTELO,<br><br>            Defendants. | CR. S-10-395 LKK<br><br>ORDER CONTINUING STATUS<br>CONFERENCE |

This matter came before the Court for a status conference on August 28, 2012, at 9:15 a.m. The United States was represented by Assistant United States Attorney Todd D. Leras. Defendants were personally present. Attorney Michael Hansen appeared for Defendant Avila-Sandoval, Attorney Kyle Knapp appeared for Defendant Sotelo, and Attorney Clemente Jimenez appeared for Defendant Israel Deltoro-Loza.

The parties informed the Court that they are working toward resolution of the case and need additional time to discuss revisions to pending or proposed plea agreements. All parties

therefore requested to continue the status conference to October 2, 2012. Based on the representations of the parties, the Court further ordered that time be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare and continuity of counsel). The Court directed government counsel to prepare a formal order.

**IT IS HEREBY ORDERED**:

1. A status conference in this matter is set for October 2, 2012, at 9:15 a.m., as to Defendants Deltoro-Loza, Avila Sandoval, and Sotelo;

2. Based on the parties' representations, the Court finds that the ends of justice outweigh the best interest of the public and Defendants in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through October 2, 2012.

IT IS SO ORDERED

Date: August 31, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT