Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA 95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
DAVID AVILA-SANDOVAL

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>ALFREDO DELTORO, et al.<br><br>　　　　　　　Defendants. | No. 2:10-CR-00395 LKK<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Todd Leras, Assistant United States Attorney, attorney for plaintiff; Michael Hansen, attorney for defendant David Avila-Sandoval; Clemente Jimenez, attorney for defendant Israel del Toro-Loza; and Kyle Knapp, attorney for defendant Tomas Sotelo, Sr., that the previously-scheduled status conference date of December 4, 2012, be vacated and the matter set for status conference on February 12, 2013, at 9:15 a.m.

　　　　This continuance is requested to allow counsel additional time to negotiate plea agreements.

　　　　The Government concurs with this request.

　　　　Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to

1

**Stipulation and Order to Continue Status Conference**

Local Code T-4 (to allow defense counsel time to prepare), from the date of the parties' stipulation, November 30, 2012, to and including February 12, 2013.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: November 30, 2012                 Respectfully submitted,

                                         /s/ Michael E. Hansen
                                         MICHAEL E. HANSEN
                                         Attorney for Defendant
                                         DAVID AVILA-SANDOVAL

Dated: November 30, 2012                 /s/ Michael E. Hansen for
                                         CLEMENTE JIMENEZ
                                         Attorney for Defendant
                                         ISRAEL DEL TORO-LOZA

Dated: November 30, 2012                 /s/ Michael E. Hansen for
                                         KYLE KNAPP
                                         Attorney for Defendant
                                         TOMAS SOTELO, SR.

Dated: November 30, 2012                 BENJAMIN B. WAGNER
                                         United States Attorney

                                         By: /s/ Michael E. Hansen for
                                         TODD LERAS
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

**Stipulation and Order to Continue Status Conference**

1     The Court orders that the time from the date of the parties' stipulation, November 30, 2012, to and including February 12, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the December 4, 2012, status conference shall be continued until February 12, 2013, at 9:15 a.m.

**IT IS SO ORDERED**.

Dated: December 3, 2012

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3

**Stipulation and Order to Continue Status Conference**