KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
TOMAS SOTELO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALFREDO DEL TORO,<br>TOMAS SOTELO,<br>DAVID AVILA-SANDOVAL, ET AL..<br><br>    Defendants. | No. 2:10-cr-00395 LKK<br><br>STIPULATION AND<br>ORDER CONTINUING STATUS<br>CONFERENCE AND TO<br>EXCLUDE TIME<br><br>Date: March 7, 2013<br>Time: 9:15<br>Judge: Honorable Lawrence K. Karlton |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Todd Leras, Assistant United States Attorney, attorney for plaintiff, together with Michael E. Hansen, attorney for defendant David Avila Sandoval and Kyle Knapp, attorney for defendant Tomas Sotelo, that the previously scheduled status conference date, currently set for March 7, 2013, be vacated and that the matter be set for status conference on March 19, 2013 at 9:15am.

This continuance is requested to allow defense counsel additional time to further negotiate plea agreements. The government concurs with this request.

1

Further, the parties agree and stipulate that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, March 5, 2013 to and including March 19, 2013.

Accordingly, the remaining parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: March 5, 2013 /s/ Kyle Knapp
KYLE KNAPP
Attorney for Defendant
TOMAS SOTELO

Dated: March 5, 2013 /s/ Kyle Knapp for
MICHAEL E. HANSEN
Attorney for Defendant
DAVID AVILA-SANDOVAL

Dated: March 5, 2013 U.S ATTORNEY'S OFFICE

by: /s/ Kyle Knapp for
TODD LERAS
Assistant U.S. Attorney
Attorney for Plaintiff

### [PROPOSED] ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161. In addition, the Court specifically finds that the case is complex and that a failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by

granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, March 5, 2013 to and March 19, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T4 (reasonable time for defense counsel to prepare), 18 U.S.C. §3161(h)(7)(B), and Local Code T2 (complex case).

It is further ordered that the March 7, 2013, status conference/motion hearing date be continued to March 19, 2013 at 9:15am.

**IT IS SO ORDERED**.

Dated: March 6, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT