Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA 95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
DAVID AVILA-SANDOVAL

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>ALFREDO DELTORO, et al.<br><br>                  Defendants. | No. 2:10-CR-00395 LKK<br><br>**STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Todd Leras, Assistant United States Attorney, attorney for plaintiff, and Michael Hansen, attorney for defendant David Avila-Sandoval, that the previously-scheduled change of plea hearing date of June 18, 2013, be vacated and the matter set for change of plea on July 30, 2013, at 9:15 a.m.

This continuance is requested to allow Mr. Hansen additional time to review the plea agreement with his client and complete the requirements for safety valve consideration. It is anticipated Mr. Avila-Sandoval will enter a change of plea on July 30, 2013.

The Government concurs with this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to

1

**Stipulation and Order to Continue Change of Plea Hearing**

Local Code T-4 (to allow defense counsel time to prepare), from the date of the parties' stipulation, June 14, 2013, to and including July 30, 2013.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: June 14, 2013                Respectfully submitted,

                                           /s/ Michael E. Hansen
                                           MICHAEL E. HANSEN
                                           Attorney for Defendant
                                           DAVID AVILA-SANDOVAL

Dated: June 14, 2013                BENJAMIN B. WAGNER
                                           United States Attorney

                                             By: /s/ Michael E. Hansen for
                                             TODD LERAS
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff

## **ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, June 14, 2013, to and including July 30, 2013, shall be excluded from computation of time within which the

//

//

**Stipulation and Order to Continue Change of Plea Hearing**

trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the June 18, 2013, change of plea hearing shall be continued until July 30, 2013, at 9:15 a.m.

**IT IS SO ORDERED**.

Dated:

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3

**Stipulation and Order to Continue Change of Plea Hearing**