FILED
October 8, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> DAVID AVILA-SANDOVAL, ) <br> ) <br> Defendant. ) | Case No. 2:10CR00395 <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  DAVID AVILA-SANDOVAL , Case No. 2:10CR00395 , Charge  21 U.S.C. 846 and 841(a)(1) , from custody for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $__

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

    ✔ (Other)       Time Served

Issued at  Sacramento, CA  on  October 8, 2013  at  10:17 am .

By _____
Lawrence K. Karlton
United States District Judge

Original - U.S. Marshal